IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JEREMY SALAZAR,

    Plaintiff,

vs.           No. 2:17-403 KG-GJF

MATS DETOX CENTER, THE BOARD OF COUNTY
COMMISSIONERS OF THE COUNTY OF BERNALILLO,
ALEX DOMINGUEZ, and JOHN DOES 1-4,

    Defendants..

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court on the Joint Motion of the parties to dismiss with prejudice Plaintiff's Complaint, including all claims that were or could have been brought against the Defendant in this matter, the Court being advised that Plaintiff Salazar and Defendant Board of County Commissioners of the County of Bernalillo have compromised, resolved and settled their disputes without the admission of liability, and the Court being otherwise fully advised in the premises:

HEREBY FINDS AND ORDERS that the Plaintiff's Complaint against Defendant Board of County Commissioners of the County of Bernalillo, including all claims that were or could have been brought in this matter, shall be and hereby are dismissed with prejudice with each party to bear their own costs and attorneys' fees.

_____
UNITED STATES DISTRICT JUDGE

APPROVED BY:

SILVA & ASSOCIATES, LLC

*Approved September 20, 2017*
R. MICHAEL HUGHES
Attorney for Plaintiff


LAW OFFICE OF JONLYN M. MARTINEZ, LLC

 */s/ Jonlyn M. Martinez*
JONLYN M. MARTINEZ
Attorney for Defendants